1  COOLEY LLP
   MICHAEL G. RHODES (116127)
2  (rhodesmg@cooley.com)
   MICHELLE C. DOOLIN (179445)
3  (mdoolin@cooley.com)
   DARCIE A. TILLY (239715)
4  (dtilly@cooley.com)
   4401 Eastgate Mall
5  San Diego, CA 92121
   Telephone:  (858) 550-6000
6  Facsimile:  (858) 550-6420

7  Attorneys for Defendant WALMART INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CARLOS VALESQUEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No.  3:18-cv-01004-L-BLM<br><br>**DEFENDANT WALMART INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FED. R. CIV. PROC. 12(b)(6)]**<br><br>**Date:**       August 27, 2018<br>**Time:**       10:30 AM<br>**Courtroom:**  5B<br>**Judge:**      Hon. M. James Lorenz<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on August 27, 2018, at 10:30 a.m., or as soon thereafter as counsel may be heard, in Courtroom 5B of the above-entitled Court, located at 333 West Broadway, San Diego, California 92101, defendant Walmart Inc. ("Walmart") will and hereby does move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(6), for an order dismissing the class action Complaint of plaintiff Joseph Carlos Valesquez ("Plaintiff") with prejudice, for failure to state a claim upon which relief can be granted. Walmart's motion is based on the grounds that: (1) Plaintiff fails to plead a violation of California Civil Code section 1747.08, subdivision (a)(2), by failing to allege that Walmart requested or required him to provide his personal information as a condition to accepting a credit card as payment; (2) a person's "personal likeness" does not constitute "personal identification information" within the meaning of Civil Code section 1747.08; and (3) Civil Code section 1747.08 does not apply to transactions occurring at self-check-out registers.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Request for Judicial Notice and attached exhibit, all records and papers on file in this action, and any evidence or oral argument at any hearing on this motion.

Dated:    July 9, 2018            COOLEY LLP

By: /s/Michelle C. Doolin
    Michelle C. Doolin (179445)
Attorneys for Defendant WALMART INC.