1

**CARLSON LYNCH SWEET**
**KILPELA & CARPENTER, LLP**

2

Todd D. Carpenter (CA 234464)
1350 Columbia St., Ste. 603

3

San Diego, California 92101
Telephone: (619) 762-1900

4

Facsimile: (619) 756-6991
tcarpenter@carlsonlynch.com

5

*Attorneys for Plaintiff*

6

*and Proposed Class Counsel*

7

8

9

10

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

11

12

13

JOSEPH CARLOS VALESQUEZ, on
behalf of himself and all others similarly

14

situated,

15

Plaintiff,

16

v.

17

WALMART INC., a Delaware
corporation, and DOES 1 through 20,

18

inclusive,

19

Defendant.

Case No:  3:18-cv-01004-L-BLM

**NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

20

21

22

23

24

25

26

27

28

1

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

1

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

2

PLEASE TAKE NOTICE THAT this action is voluntarily dismissed by Plaintiff

3

Joseph Carlos Valesquez in its entirety, without prejudice.  The dismissal is made pursuant

4

to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

5

6  Date: August 13, 2018                                 **CARLSON LYNCH SWEET**
                                                          **KILPELA & CARPENTER, LLP**

7

8                                                         */s/ Todd D. Carpenter*

9                                                         Todd D. Carpenter (CA 234464)
                                                          1350 Columbia St., Ste. 603

10                                                        San Diego, California 92101
                                                          Telephone: (619) 762-1900

11                                                        Facsimile: (619) 756-6991
                                                          tcarpenter@carlsonlynch.com

12

13                                                        *Attorneys for Plaintiff and Class Counsel*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE